157 A.3d 839

STATE OF NEW JERSEY, PLAINTIFF, v. MARK CALDWELL (A/K/A ELLIOTT JONES, MARK D. CALDWELL, MARK E. CALDWELL, MARK ELLIOT CALDWELL, JR.), DEFENDANT-PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003698–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.